Kamaria Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 465-1633
F: (818) 995-4838
E-mail: KamariaD@LeibovicLawGroup.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MATTHEW JAMES BROOKS,<br><br>  Plaintiff<br><br>  v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security, | CASE No.: 2:20-cv-10774-JC<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND-THREE HUNDRED-DOLLARS ($2,300.00) subject to the terms of the Stipulation.

Date:   September 15, 2021

          /s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi, the Acting Commissioner of Social Security, is substituted in as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.